IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  CRAIG ALAN WILLIAMS  　　　　　　CHAPTER 13
2611 CYPRESS ISLAND DR
HOUSTON, TX  77073　　　　　　　　　　　CASE NO. 07-38968-H4

　　　　DEBTOR

SSN(1): XXX-XX-9153

## TRUSTEE'S FINAL REPORT AND ACCOUNT

DAVID G. PEAKE, TRUSTEE for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. 1302 (b)(1).

1. The case was filed on December 31, 2007.

2. The amount paid to the Trustee by or on behalf of the Debtor was $11,505.00.

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---:|---:|---:|---:|
| CAPITAL ONE BANK | UNSECURED | 3,183.25 | 0.00 | 0.00 | 0.00 |
| COLLECTION COMPANY OF AM | Not Filed | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Not Filed | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 23.50 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 734.16 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEME | Not Filed | 0.00 | 0.00 | 0.00 | 0.00 |
| ON-GOING MORTGAGE | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTE | UNSECURED | 468.60 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGA | Not Filed | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGA | SECURED | 0.00 | 1,440.00 | 0.00 | 0.00 |

4. Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---:|---:|---:|---:|---:|
| CLAIM AMOUNT | 0.00 | 734.16 | 3,675.35 | 0.00 | 4,409.51 |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 1,440.00 | 1,440.00 |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 1,440.00 | 1,440.00 |

CASE NO. 07-38968-H4    CRAIG ALAN WILLIAMS    Page 2 of 2

    5. Costs of administration:

The Clerk was paid $0.00 through the plan for filing fees.
The Debtor's Attorney was allowed $2,810.00 and was paid $1,923.00.
The Trustee was paid $177.00 pursuant to 11 U.S.C. 1302.
Refunds to the Debtor and/or new Trustee total $7,965.00.

    WHEREFORE, the Trustee requests that after notice and a hearing, a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, close the estate, and grants such other relief as may be just and proper.

DATED: March 25, 2009        /s./ David G. Peake
        DAVID G. PEAKE, TRUSTEE
        ADMISSIONS ID DebtorNO. 15679500
        9660 HILLCROFT, STE 430
        HOUSTON, TX  77096
        (713)283-5400

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's office on or about the time this document was electronically filed with the Clerk on March 25, 2009. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S Bankruptcy Clerk's Office.

Electronically signed by
David G. Peake, Chapter 13 Trustee